**Exhibit A to the Complaint**

**Location:** Tampa, FL  **IP Address:** 35.142.19.6
**Total Works Infringed:** 93  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C81487D365766288B61E45751DBE83123A6251F6<br>File Hash:<br>DDE7B2BFD6457544A998BD5E8CD541FFDA0B6E1346706B9873CA07914657A9F0 | 08-26-2022 23:42:46 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 2 | Info Hash: 7BA60C0D1CA44FE6DC35D95F279DFF110FC90CE4<br>File Hash:<br>1647D142912BD785174AD9CDC699C31E9AEF990D9AD50FDF648593411587D6A0 | 08-26-2022 23:40:13 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 3 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash:<br>82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-26-2022 22:12:05 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 4 | Info Hash: 784C39E54E32FA8C96A54C475017FFDE7F48C39B<br>File Hash:<br>66BBD91EAA1BBE0F5265C9253176AD64FDDE965587CA162FB49DDF2E081F7755 | 08-26-2022 15:08:27 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 5 | Info Hash: 534769AE29D3B72B32CE2BEDB8000E4252712A88<br>File Hash:<br>A688419FFC5FDEA22F8AC750694B51CC206ADBA8E332102EBD0F80DFF38E103B | 08-26-2022 13:43:26 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 6 | Info Hash: AF91979F566FD3D83F791FBDACF3241AF860E92C<br>File Hash:<br>597EE4589764A82DC7E08E082F3C33C99AC6FF5A0DDBEAB315B3632DF1225620 | 08-26-2022 12:57:36 | Blacked | 05-21-2022 | 06-27-2022 | PA0002354986 |
| 7 | Info Hash: 9E38D189E1245503E8D949FA71659D0EF9184334<br>File Hash:<br>E5D009BBC7C5791AE49D39A6DD5EE0B0C35C2C7A743DFB2C321D8129E308FDEB | 08-24-2022 18:36:51 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 8 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash:<br>C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 08-24-2022 17:14:19 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 9 | Info Hash: 40926070A8063DA47ACC550050B316C90BACBF83<br>File Hash:<br>22B8ABF72350CAE58C0D59AAC0F6F96DF65218948431BED071AF314046372DE3 | 07-19-2022 21:04:21 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 10 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash:<br>B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-19-2022 20:56:20 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 11 | Info Hash: 3BA07A5A0626425EACAEC907C781A5E28FB2871E<br>File Hash:<br>185BCC2603876AECECA7CEB4F73D04DAE6B398D5C7BEE77C5EAA6C8D28CD4F27 | 07-19-2022 20:51:48 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 9B7406EC07DE8022005970F76906D51A274E0690<br>File Hash: F99FEA73133BE233ED03F8FFC993EF324E33C4BE5424DC24FC89FEA6569664EB | 07-16-2022 16:59:19 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 13 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash: 81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-12-2022 18:26:44 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 14 | Info Hash: 161AC160C6D8D6E17FB8296A4A823741A618CF05<br>File Hash: 883E19A2C830A89E538FD9DC1F4DBDAEE9993E5BE4A2863D7F2251EB7327B34E | 07-08-2022 07:31:09 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 15 | Info Hash: E5D59982A2E5EE3FBDD91BA30CEC76A33D66E8F2<br>File Hash: 1D3D4D1D9F187B6DADBBB91714B2826F2293421F515EDA999DDDB4E900E8F2B3 | 07-06-2022 20:15:24 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 16 | Info Hash: 1846905564D491C6E79EB4BA0AB4B53BEC1C2A45<br>File Hash: D399FBE72F4E37AF02AC4B6FD23ADED71D43B449443073233A3F354BB01BA87F | 07-06-2022 14:06:44 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 17 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 07-06-2022 13:38:50 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 18 | Info Hash: F873D287459AE98F148E83A7E0E34D675073E922<br>File Hash: 75C99ABCCC984618ACDBF3845C226B1AA27EC6BD60E57C64408D656EFBFB0679 | 06-29-2022 19:28:08 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 19 | Info Hash: 53FC7EC290722C6733CAB27F065ED79D309A1AE9<br>File Hash: 584E3F7E0529E19FFA76EF625FDA3D97BB860E44CA4E98FDD795985F200171F6 | 06-15-2022 09:34:27 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 20 | Info Hash: 44510C39CBDE623DB076713726B8EE66A5153FA8<br>File Hash: 86FF2D94459908CB93FD1A67A831204DD7F2EDB3EDBEB5538D485E3FD012349E | 06-14-2022 12:40:12 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 21 | Info Hash: 6035AA12C63BA7B5A3BD424C629C41DCB5C5E94D<br>File Hash: A5330871A31599822F5ECED5AB8C9376CD354FB59A0728B501459406CA1FA6A3 | 06-14-2022 09:56:05 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 22 | Info Hash: 8A4414BC40030519134802C86BA46025E694798C<br>File Hash: 09EB1BA3468294A9D61A8AAD066B93362510C814D2DAACD8FB086417700F5EB8 | 06-14-2022 09:21:59 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 23 | Info Hash: 79DFFF20AECDA023C36025B3991C6A147DE4E4F9<br>File Hash: 9B237157BFA7915EFF40E488846E6ADED443B73FC6F9F3CCACFAE31FA88B7CAA | 06-14-2022 09:09:09 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 08F5484B186349154B46F5F383C576D740BAC702<br>File Hash: ED5283D0D8C08ECF6727181CDE9E0C299A151AB760A517D492C38239330C9D71 | 06-14-2022 09:06:25 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 25 | Info Hash: 0556BB418BB883A18019D2498F9763DA83DBE097<br>File Hash: A04E22EF63D6E667C7D75921B263C68C8C9FFA058DF066F0F50E7A645BC9372B | 06-14-2022 08:59:08 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 26 | Info Hash: F899E99231685EB700536EB1D12662BF71619058<br>File Hash: FD7F6691DBE9D76AA31B52A3C7C940CB8CEE2B552DF078A5B9DDF92B6C5F3ED9 | 05-31-2022 11:10:58 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 27 | Info Hash: 141878F404F3ADC6EE96B8F9C8286F1A6D27A038<br>File Hash: A8FEEA012BFA3AA2AB0B6096A186E934C32F7D67486DADBDBF922646E38A2CCC | 05-31-2022 10:51:57 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 28 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-31-2022 10:04:24 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 29 | Info Hash: 9CBB94196539397E15F0E805FFD2F5DC293695BF<br>File Hash: 96488C85D7782092D2D2D9AAA8B5313EEBD097DC7940E08519F7E25709EB14E5 | 05-20-2022 03:51:12 | Blacked Raw | 05-16-2022 | 05-20-2022 | PA0002350378 |
| 30 | Info Hash: 94681F93361866C25B301A4EFE1BB6A18EF70C0C<br>File Hash: 8BC43B2858E33C443F0F5F981D0FD86F5CE8A8C64F427451B05B06CFD303AA56 | 05-10-2022 07:06:10 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 31 | Info Hash: 0DF51F6B291610F2ADCE5A7F5081ECC91831A82F<br>File Hash: 60CD2FF95A68BB7A0D3D6595F78672F4F4A61D1CF830F5BF4D24C1DE02B6F6DD | 05-07-2022 01:44:20 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 32 | Info Hash: 197FAB6A9620A7F6B392B44821137931507AAE96<br>File Hash: 0A8B96F277B75D496C7851915ABA06F7EA1E475D94633164EFE9FFFC951765E9 | 05-03-2022 02:54:37 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 33 | Info Hash: 8FF0024B565750DFF01587CA19A5AE11DB95D42D<br>File Hash: FE331A74264F95381F7AAB90DE103F7FA8864FE52E6062714672CFA08EA282F0 | 05-03-2022 01:54:33 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 34 | Info Hash: 2728A567731EA73AABEEBF3BF77FB001A61033E1<br>File Hash: 1DF03F27CCC60998C06D037219E4DD5AC89C8E7046E1315BAE4A0D310E00736E | 05-02-2022 23:34:00 | Vixen | 04-29-2022 | 05-20-2022 | PA0002350386 |
| 35 | Info Hash: 39B3D57E0FB4BB6A79DA794635525E794F4DA1D3<br>File Hash: 26191AF672E6797E5CE43E79D9A9385CA96C0DB145423E53D84A2C28CB1B7884 | 04-29-2022 05:40:46 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EE12BCC87B83A77998F3B3C521D43D108352A266<br>File Hash: E46E99A0F34BB9F203E4FC9CCB3DCB96AC565C1231E093ED9DC9E3D6453397E1 | 04-21-2022 08:49:20 | Blacked Raw | 04-18-2022 | 04-23-2022 | PA0002346421 |
| 37 | Info Hash: F25D6091568DCF016037878F502F7561F8BBDB62<br>File Hash: B765DC1E587DFE9F8CFFB338CE68DC6984DB58A9F3E49E002A3B6AF2120B63F8 | 04-21-2022 08:47:22 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 38 | Info Hash: 9854BD9F9D15E6CAB0E441F29C3A939CECB90B01<br>File Hash: 9700672433356F8B1439FE7A6121D986D18E7106E4D26190A296C4EE36932BB0 | 04-21-2022 08:17:47 | Blacked | 04-16-2022 | 04-23-2022 | PA0002346424 |
| 39 | Info Hash: E5FB33496F09F6E76C5C514B4CEC8BE3C9C41AAE<br>File Hash: 4E1D64059A74B611326E2DF2BDD558FC53CBD29385CAFE11FEA6B27F1DBE1D85 | 04-21-2022 04:18:06 | Blacked Raw | 03-14-2022 | 03-29-2022 | PA0002342865 |
| 40 | Info Hash: 8718D1A730597C8875843BC558E09F3F826B2CA8<br>File Hash: 9DA51859B1898834419940EC5ECB7219D68EF073463B076855A03D3715ECA676 | 04-21-2022 04:14:28 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 41 | Info Hash: 36BE1A364BF532C93727010851D612AFD830D055<br>File Hash: 4442AA5A948CBBEAC93F362F9B396052DD091CAAB7E6F2AA9F92D6A284DDD384 | 04-21-2022 04:11:17 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |
| 42 | Info Hash: A4619D518F63D4840EFDDC50DDA2B13E9371CA61<br>File Hash: 97505EBC1F48EF67BCBF75033281118E04E91C243918ABF514B0E6E0C15AC711 | 04-21-2022 04:10:39 | Tushy | 02-27-2022 | 03-29-2022 | PA0002342706 |
| 43 | Info Hash: E51B7BD5E89B3C6A4C023463F93EF4C0A984EF13<br>File Hash: CCEBE131091A6995E0AD784BDBC655E25807BB9AB8E39C98C702E675D7D695A1 | 04-21-2022 04:09:31 | Blacked Raw | 03-21-2022 | 03-29-2022 | PA0002342707 |
| 44 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash: 1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 04-21-2022 04:03:18 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 45 | Info Hash: 2D1253B6FDBBCE162C474BB02169F4B5C3F89CB6<br>File Hash: 18A1CB3DF4B4D2199B0CC6D1296113CD9410118340B8AF4582F80411811C328A | 04-21-2022 04:01:00 | Blacked Raw | 03-28-2022 | 04-23-2022 | PA0002346413 |
| 46 | Info Hash: C8487E9831566D7431E5D56F089CB417B810247F<br>File Hash: C5B9AC498EA8222376874B4262FC4A44AA47DA3CFD697DC40F984FCA728B586C | 03-19-2022 22:56:43 | Blacked | 02-26-2022 | 03-29-2022 | PA0002342860 |
| 47 | Info Hash: CAA4B2DB8D7E7578DCCDF2CAC8507DA4F8FC3101<br>File Hash: AB144613C89FD85DB45886D7F8EBB8308E17353E47EAF21FDF2FB7CA01E3D37C | 03-19-2022 22:54:03 | Blacked Raw | 02-21-2022 | 03-29-2022 | PA0002342850 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 2086A77461DFEF73723AD2CDEB02004EE26C8A9E<br>File Hash:<br>CE9E75C0892054B49B6AD9D588CF934BAEA2F1B0DF2AF6B0836A3CB497E65638 | 03-19-2022 22:53:24 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |
| 49 | Info Hash: DC1B9D766C597FC946E85E423062ECC46695787E<br>File Hash:<br>895FF7540BCEB1F9575C65FB27EB7A51965318C099AA5DB7F661B49693CF72D1 | 03-19-2022 22:48:55 | Blacked Raw | 03-07-2022 | 03-29-2022 | PA0002342845 |
| 50 | Info Hash: 80D5295435C160AAE12FD8DB6776F7DCD8BBB97B<br>File Hash:<br>5D792D03FECCDDD176512590C38ECA48291621AD907FCBF128ED688270C526F4 | 03-19-2022 22:34:39 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 51 | Info Hash: 0B5EC623C271F469F82BB8297FAE6D37BCC78E1F<br>File Hash:<br>DD0EC7F2DCA798A079882E607E1A30F5A8CAA1C96E8F9948477FB4BF35901F03 | 03-19-2022 22:04:43 | Blacked | 02-19-2022 | 03-29-2022 | PA0002342851 |
| 52 | Info Hash: 3859669F36A1637B502BFBC8FD651F5F1702F4F0<br>File Hash:<br>D9169B18EB34A72EC1945ECB01CFA18873780F2FD8EE43164FFE190BA19A4715 | 02-17-2022 21:29:05 | Blacked Raw | 02-14-2022 | 03-29-2022 | PA0002342705 |
| 53 | Info Hash: 3573BF72004CCEC9F094489ACD66C333342B7E19<br>File Hash:<br>38C0674378E984C40D8A0F9B4C578F8B6884390C18F467B86D0F9EAE449B998E | 02-13-2022 11:45:17 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 54 | Info Hash: 9FC9CCF03D4F5C70B5C5D838A2C2B0E54712D689<br>File Hash:<br>39D230A3E672E3C9773AA53CADF0922594F2F9DCB6B1E376DF5833EAF25A0B9D | 02-13-2022 11:03:49 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 55 | Info Hash: 65B2AE6546D2A1E20EBC6A467D52FD553681CD5D<br>File Hash:<br>794E8909910EE06D702F127BF3B058239F8BA3FCC0F7CB96A3C91F99FB61F9B5 | 02-13-2022 09:31:05 | Blacked Raw | 01-17-2022 | 03-04-2022 | PA0002345790 |
| 56 | Info Hash: DFF3D76F15734F2A8040F904FD7225821DC113F5<br>File Hash:<br>C453B0FEC7FED757E0867594876655038C7F75E5666B23F8452EC668D0F87D04 | 02-13-2022 09:28:47 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |
| 57 | Info Hash: A2891FCAEDE90FEB0D73D67001721298814772B1<br>File Hash:<br>5B76E9A34EEBFF525AA95A02D332754CFF5AAA1F985746D16A3DB975588D28D6 | 02-13-2022 09:28:11 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 58 | Info Hash: CC60A20C605A540B07CE60B2BE1806121B0BA495<br>File Hash:<br>D5BA24EA5531B610FBAD2D631589F77BA69A97CE0D76ACD258DF71450936AC8E | 02-13-2022 09:16:29 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 59 | Info Hash: 9DB4CA8457B6275527292B39B9894F50D6537A37<br>File Hash:<br>C9CD4A15D94A746AC94196AEAAD553CFD5A7CF812213320D8F2B8E5F368DF9FB | 02-13-2022 08:12:51 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 1046E817AEB1AB53551EFDDC2F42EBBDE45D0DFF<br>File Hash:<br>97CFD791A0EFDE2A75DF47466A52FFEF394365003CACC8965C4E94E9B274E504 | 02-13-2022<br>08:06:53 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 61 | Info Hash: 93EB6A9AD4B501E2BD4D3BC66F6DDB1E54A5E2CD<br>File Hash:<br>5B13CAE17F3D8EB18F4C98B6AAE9F233D6902FBFEEF9E1E8A5909EE5D3472AE7 | 02-13-2022<br>07:24:02 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 62 | Info Hash: F6DF6136036FD1AC6A63FC65223FB3548A7A67FB<br>File Hash:<br>C126126E12706240571EBD2119FA12AB4463F0F5B304E6DF6EE908560F1E9AA5 | 02-13-2022<br>07:23:08 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 63 | Info Hash: EE2CF90BCF1DCB15939DEC05742A41DC03B966FF<br>File Hash:<br>B1035C95DFA3195E061DB932A659C132B33B11913C4105FCF7CFF6FEF7D92D97 | 02-13-2022<br>07:20:44 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 64 | Info Hash: 4BA313390DE8B8F5CDDCE0F6D2132545ABC65A4B<br>File Hash:<br>09BA34BE40D90C07C69205C1C2FEF8AA41FB0DD3BE90FCAAEB0E25E4C034B90A | 02-13-2022<br>07:14:32 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 65 | Info Hash: 219646C6A2BE95846F85B680A80E4003916758B1<br>File Hash:<br>3D644DF15A02586AD4A99F31146F41DC6D29A7560013D39F8A9D0D2154148AC9 | 02-13-2022<br>07:13:43 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 66 | Info Hash: 9EC755E4DC558F5E4BDA99E027D6C2B5F088D102<br>File Hash:<br>B981906384FB4F70D10B1D7E0AAAE33CB3BA8CAAECDFDBE527EE089B71CA8E80 | 02-13-2022<br>07:09:11 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 67 | Info Hash: 9523D8481A8921F854D9F4D658309053DF9D51E8<br>File Hash:<br>558E923B7FB03F52B6D8A375F2E7DF40A6ADBD6E8DF88D33F4BA1FD66BCB8CC4 | 01-26-2022<br>08:53:09 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 68 | Info Hash: B578C2ACDABBED024776FCA7EF11EDE6D075F916<br>File Hash:<br>FEC9151C53211E2FC1C11302008DAC382FD9888470B3D00148260D708A6DC391 | 01-26-2022<br>07:31:58 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 69 | Info Hash: 6F381DE756DA1DE290C0E437F44B7FF8EB076531<br>File Hash:<br>654F0D020E8D6E40EE394C82B97DF46D151AB08490C8963B6B9E2C626EB79B7A | 01-26-2022<br>07:19:06 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 70 | Info Hash: 61481B5FD34BFA22EBFC3CF9086AD5581100AC59<br>File Hash:<br>F80B94C60778475D7FDA98C6D496A2F704E9BF700D76C22075407A4A9F417EE4 | 01-26-2022<br>07:06:00 | Tushy | 12-12-2021 | 02-03-2022 | PA0002341808 |
| 71 | Info Hash: F49CFB423C700FFFABF4AF9E3288389E90061998<br>File Hash:<br>069E9775F9743E72C39030C655EA1003AAF17DE491536062A8D52B9C041ED7AB | 01-19-2022<br>21:31:31 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: B7D7404BE05F28855D25697F8143AE2E027DBCF9<br>File Hash: 25E0B3C5A1DFCA83831090BAE69AD1CD4E6C03C74D45979CC1E0A879B366C42A | 01-04-2022 06:14:57 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 73 | Info Hash: 309694908CC3A893643658B5EFDFA14392D55538<br>File Hash: C3BD08977466811FAC5A111AA8EB16A0FC86124713260ABDFB471ACDFDAA30B7 | 01-04-2022 05:00:46 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 74 | Info Hash: 81B754848E758295267C8F5A0C61B49648FAF122<br>File Hash: F8569ABFA44E499C9579796053CD159215AA1893FCA5DAA8DD70A22F6450D182 | 01-02-2022 11:54:56 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 75 | Info Hash: DF720DA10491E1ED21C23B31DCD8367F24699991<br>File Hash: CBCC4C3F05D1D0BB1F303CE624FF170956641BA025A7BE9E7D2A98657C8B9AD7 | 01-02-2022 11:27:57 | Blacked | 12-18-2021 | 01-17-2022 | PA0002330124 |
| 76 | Info Hash: 23E524B0905E4F08AC4DB56458DE4BFF630E5FC0<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 01-02-2022 11:14:17 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 77 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 01-02-2022 10:58:21 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 78 | Info Hash: 36261194ADAD3999D2A29A6BD902C9D239C6119B<br>File Hash: 55B19879517AD9840756D6B9158C36D51D3AA5FA55BA430A72E2EB4F08338B5E | 01-02-2022 10:49:57 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 79 | Info Hash: FBE82C0DD995EBAB1D7D24659FCFB0CED411271F<br>File Hash: 1E3FBA2C4F941DFEEBDADDB58116C24575DCA7E50F35ACCBABCC9F201A9FFFAB | 01-02-2022 09:36:41 | Blacked | 11-27-2021 | 02-03-2022 | PA0002341770 |
| 80 | Info Hash: DF5A3ED0D9B657DA66FAA15661AC252D29DEAC98<br>File Hash: 9D4EEEA36904351FF7E3EA081F09429CC981EBFC46812A84311AEB4DC267B0A5 | 01-02-2022 09:33:22 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 81 | Info Hash: 10D2B21CF636D937EA6A3FDE766667287A95DE88<br>File Hash: E75D8390F1A83D10410673656E11DFC1ED5FD9D89259694BA7F7E132FBE4F021 | 01-02-2022 09:32:13 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 82 | Info Hash: 85FE27D52F4EFE6486F8B6EAAB165B1DE246CC4D<br>File Hash: FB323E9CB9BB59ECE248735D58F6ECDDDE8A60BF7D7DAC31E7DFE51BFE3DED95 | 01-02-2022 09:30:42 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 83 | Info Hash: 752C10837EC7CB96022B6BD6BD148F6BC58C65B2<br>File Hash: DFE35D436469144B701A5D007C7A599BBC62CB76720B01B3EE4DF25792A862AC | 01-02-2022 09:29:26 | Blacked | 12-11-2021 | 03-04-2022 | PA0002345793 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 54F7FD3FB7A3636326E28499C9A8EAF88BA22E43<br>File Hash: 881181081A5469DF933A3A7DDC466F70F2A4E6E81B4B8F3A77AEAC53356C36C0 | 01-02-2022 09:29:22 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 85 | Info Hash: 4B576AA5A92A83B45E0239342446F37CD934EBEF<br>File Hash: C64891F0027E36B48D465F40689AB07D635021569070B5ABF4533F513144F190 | 01-02-2022 09:20:55 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 86 | Info Hash: 9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash: CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 01-01-2022 18:47:23 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 87 | Info Hash: 87F468553EA23E72D28CA890B907929E9C4EAD08<br>File Hash: C13DB6BD87D82DA98768640105FE654F244CE5593E27C6AE9EA8A4287E12B12D | 12-02-2021 06:55:01 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 88 | Info Hash: 5967A179ECB17E915F3957FADEC80E9B2D5B9669<br>File Hash: 438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 12-02-2021 06:32:49 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 89 | Info Hash: 08E0F03F7656F2101A8EC5CBCB8ABD6B8BFD5AF8<br>File Hash: 44C794B58B90627A34DF9D6B904EF6B6784E2EEB410EAC42028BA6853399E6FF | 12-02-2021 06:30:09 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 90 | Info Hash: 1FBAD8F90D864550D63CD05A7924A75B686E5302<br>File Hash: BFCC75D79B0A13C65DD783C40EC97C868CDF5679D57346333DC6F985F1404F8C | 12-02-2021 06:25:56 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 91 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash: F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 11-25-2021 21:40:18 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 92 | Info Hash: 044E18736573C1921E8FFC1A4B8520E14B10DA16<br>File Hash: 799FCC0D16D40F531208EFC7E8ED3DD86A315CF59AADF5029B0A1AACE1E44346 | 11-24-2021 15:14:07 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 93 | Info Hash: 38E1C4FE77CED07ED8EE5AC43F4A7CDAAE9BFFEF<br>File Hash: 10467AE9BA26B351AD5C348A13F809AE199EE804D187DA2814055947234096A7 | 11-23-2021 21:11:51 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |